UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| AVERY SARTEN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No.: 3:21-CV-399-KAC-DCP ) ) |
| VALI KHAIROLLAHI, | ) ) |
| Defendant. | ) ) |

## JUDGMENT

For the reasons set forth in the Court's Memorandum Opinion and Order, the Court **DISMISSED** Plaintiff's Complaint under Federal Rule of Civil Procedure 41(b). Because the Court **CERTIFIED** in the Memorandum Opinion and Order that any appeal would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close the file.

**SO ORDERED**.

**ENTER:**

s/ Katherine A. Crytzer
KATHERINE A. CRYTZER
United States District Judge

ENTERED AS A JUDGMENT

*s/ LeAnna R. Wilson*
    CLERK OF COURT